UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EOD DEC 30 1999

Honorable: JACK B. SCHMETTERER

Hearing Date: December 28, 1999

Bankruptcy Case No.: 98 B 36360

Adversary No.:

Title of Case: In re Hanno

Brief Statement of Motion: Debtor's Motion to Vacate Judge Katz' December 2, 1999 order of Dismissal

Names and Addresses of moving counsel: Robert Adams & Associates, 105 W. Madison, Suite 1100, Chicago 60602

Representing: Debtor John Hanno

## ORDER

(Order of Dec 2, 1999)

The debtor's Motion to Vacate is denied, for reasons stated on the record in open court.

[Signature]
Judge

6/11/99

75