EOD JAN - 7 2000

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JAN - 7 2000
WAYNE E. NELSON, CLERK
BY ____ DEPUTY CLERK

| | | |
|---|---|---|
| In Re: John Hanno, | ) | 98 B 36360 |
| | ) | Judge Schmetterer |
| Debtor | ) | |

## NOTICE OF APPEAL UNDER 28 U.S.C. 158 (a) or (b) FROM A JUDGMENT ORDER OR DECREE OF A BANKRUPTCY JUDGE

John Hanno, the debtor, appeals under 28 U.S.C. § 158 (a) from the judgment, entered on December 2, 1999, and all prior orders, from which a timely motion to reconsider was filed, and denied on December 28, 1999 and docketed on December 30, 1999. Copies of the order or judgment appealed from, and the order denying the motion to reconsider, are attached hereto.

The names of all parties to the judgment, order or decree appealed from, and the names, addressed and telephone numbers of their respective attorneys are as follows:

Standard Federal/TCF Bank
c/o Kenneth R. Wysocki, Esq.
303 West Madison Street
Suite 1900

John Hanno, Debtor, Pro Se
6 North Trail
Lemont, IL 60434

Dated: January 7, 1999

Signed: John A Hanno
John A Hanno, Pro Se
6 North Trial
Lemont, IL 60434
(630) 257-8376

PAID
JAN 07 2000
WAYNE E. NELSON, CLERK
UNITED STATES BANKRUPTCY COURT
BY ____

I

77

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable JACK B. SCHMETTERER

Hearing Date December 1999

Bankruptcy Case No. 98 B 36360

Adversary No.

RECEIVED JAN 3

Title of Case In re Hanno

Brief Statement of Motion: Debtor's Motion to Vacate Judge Katz' December 2, 1999 order.

Names and Addresses of moving counsel: Robert Adams & Associates, 105 W. Madison, Suite 1100, Chicago 60602

Representing: Debtor John Hanno

ORDER

The debtor's Motion to Vacate is denied, for reasons stated on the record in open court.

ENTERED
DEC 2
SCHMETTERER BANKRUPTCY
UNITED STATES

6/11/99

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN A. HANNO, | ) | No. 98 B 36360 |
| | ) | |
| Debtor. | ) | The Hon. Jack B. Schmetterer |
| | ) | Presiding |

**ORDER DISMISSING THE DEBTOR'S SIXTH BANKRUPTCY AND BARRING HIM FROM REFILING**

This matter, coming to be heard on the Motion to Dismiss the Debtor's Sixth Bankruptcy, which motion has been filed by TCF National Bank Illinois, successor to Standard Federal Bank for Savings ("TCF"), notice having been given to all parties and all parties, including the Debtor, John A. Hanno, being present and represented by counsel, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The debtor John A. Hanno's bankruptcy petition, 98 B 36360, is dismissed; and

2. The debtor, John A. Hanno, and his officers, agents, servants, employees, and attorneys, are hereby barred from filing another bankruptcy petition on his behalf for 180 days from the date of this order, as provided by Paragraph Nine of the Stipulated Order entered by this Court on April 1, 1999.

DATE: December 2, 1999

ENTERED

ENTERED:____________________
JUDGE

Bruce N. Menkes
Kenneth R. Wysocki
DAVIDSON MANDELL & MENKES
303 West Madison Street
Suite 1900
Chicago, IL 60606
(312) 251-1000
#25934

EXHIBIT
G