UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN A. HANNO | ) | Bankruptcy No. 98 B 36360 |
| | ) | |
| Debtor. | ) | |

### NOTICE

Please take notice that the hearing on Debtor's Motion for 9024 Relief to Vacate Order Dismissing and Motion for Injunctive Relief, originally set for June 23, 2000 at 11:30 a.m., has been rescheduled to **Monday, June 26, 2000** at **11:30 a.m.**, in Courtroom 682.

_____
Judge Jack B. Schmetterer

Dated: June 19, 2000

\* \* \* \* \* \*

### CERTIFICATION

I, Dorothy Clay certify that on June 19, 2000, I caused to be mailed by United States first class mail copies of the above to the following:

Julie a. Boynton, Esq.
Forrest L. Ingram, P.C.
79 West Monroe Street
Suite 1210
Chicago, IL 60603
Counsel for Debtor

Bruce N. Menkes, Esq.
Kenneth R. Wysocki, Esq.
303 West Madison Street
Suite 1900
Chicago, IL 60606
Counsel for TCF Bank

_____
Secretary/Deputy Clerk