E O   JUN 21 2000

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: )
)   98 B 36360
JOHN A. HANNO )
)   The Honorable
Debtor. )   Jack Schmetterer

## NOTICE OF FILING

TO:   Bruce N. Menkes          Tom Vaughn            John A. Hanno
      Kenneth R. Wysocki       U.S. Trustee          6 N. Trail
      303 W. Madison St.       11 E. Adams St.       Lemont, IL   60439
      Suite 1900               Suite 1500
      Chicago, IL  60606       Chicago, IL  60603
      312 464-1010             312 341-7168

PLEASE TAKE NOTICE that on June 21, 2000 I filed with the Clerk of the Bankruptcy Court, Dirksen Federal Building, 219 S. Dearborn St. Chicago, IL Debtor's reply in support of his motion for 60(b) relief a copy of which is hereby served upon you.

Forrest L. Ingram

Forrest L. Ingram
Forrest L. Ingram, P.C.
79 W. Monroe, Suite 1210
Chicago, IL  60603
312/759-2838
Atty. No. 312903

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 2 1 2000

WAYNE E. NELSON, CLERK
PS REP. - FR

## CERTIFICATE OF SERVICE

I, Victor Reyes, a non-attorney, certify that I served foregoing notice and the document to which it refers on the persons listed above by placing a true and correct copy in a properly addressed envelope with postage prepaid and placing in the U.S. Mailbox at 79 W. Monroe, Suite 1210, Chicago, IL  60603 at or before 5:00 p.m. on June 21, 2000.

Victor Reyes

Signed and Sworn
before me this 21st
day of June, 2000.

Notary Public

"OFFICIAL SEAL"
JULIE BOYNTON
Notary Public, State of Illinois
My Commission Expires 02/06/01

