UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable JACK B. SCHMETTERER

Bankruptcy Case No. 98 B 36360

Date July 24, 2000

Title of Case: In re John A. Hanno

Brief Statement of Motion: Debtor's Motion to Extend Time to Comply with Pre-Trial Order and Reset Trial Date

Names and Addresses of moving counsel

Representing

Names and Addresses of other counsel entitled to notice and names of parties they represent: See Attached Certification

## ORDER

Without objection, consolidated hearing on Debtor's Motions under Rule 9024 Fed.R.Bank.P., for Preliminary Injunction in Adversary Case 00 A 00527, and subpoenas heretofore served are reset to August 21, 2000 at 2:00 p.m.

ENTER:

United States Bankruptcy Judge

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the Court until motion has been called.

99