Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

OCT 06 2000

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | 98B 36360 |
|---|---|---|---|
| **CASE NUMBER** | 00 C 882 | **DATE** | 9/21/2000 |
| **CASE TITLE** | In Re: In Re: Hanno | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By _____
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: SEP 22 2000

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  On court's own motion, this appeal is dismissed with leave to reinstate once the bankruptcy judge concludes that he would be likely to grant relief that would impact the appeal as stated in the order dated 6/9/00. Status hearing set for 12/15/00 is vacated.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | **FILED** UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS SEP 26 2000 WAYNE E. NELSON, CLERK Oper Coord FILED FOR DOCKETING 00 SEP 21 | Document Number |
| | No notices required. | | number of notices |
| | Notices mailed by judge's staff. | | SEP 22 2000 |
| | Notified counsel by telephone. | | date docketed |
| ✓ | Docketing to mail notices. | | KO |
| | Mail AO 450 form. | | docketing deputy initials |
| | Copy to judge/magistrate judge. | | date mailed notice |
| MPJ | courtroom deputy's initials | | mailing deputy initials |
| | | Date/time received in central Clerk's Office | |

20

101