# UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable JACK B. SCHMETTERER

Date **November 1, 2000**

Bankruptcy Case No. **98 B 36360**

Adversary No. _____

Title of Case  **In re John A. Hanno**

**John A. Hanno v. TCF National Bank of Illinois**

Brief Statement of Motion  **Ruling on Consolidated Trial of Hanno's Adversary Complaint for Injunction Relief, Hanno's Emergency Motion for Injunctive Relief, Hanno's Emergency Motion Pursuant to Rule 9024 to Vacate the Order Dismissing Bankruptcy, TCF's Motion to Dismiss Adversary Complaint, and TCF's Motion to Strike Debtor's Rule 9024 Motion**

Names and Addresses of moving counsel

Representing

Names and Addresses of other counsel entitled to notice and names of parties they represent   **See Attached Certification**

## ORDER CLOSING BANKRUPTCY CASE

Pursuant to Memorandum Opinion and Findings of Fact and Conclusions of Law entered in related Adversary Case No. 00 A 00527, this bankruptcy case is again closed and the Clerk will perform any administrative steps necessary to effectuate this Order.

ENTER:

_United States Bankruptcy Judge_

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the Court until motion has been called.
G:\Opinions and Orders\HannoJohn\MinuteOrder.04.wpd