# UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**EOD DEC 08 2000**

Honorable JACK B. SCHMETTERER                          Date **December 6, 2000**

Bankruptcy Case No. **98 B 36360**                     Adversary No. _____

Title of Case    **In re John A. Hanno**

**John A. Hanno v. TCF National Bank of Illinois**

Brief Statement of Motion    **Motion for Sanctions**

Names and Addresses of moving counsel

Representing

Names and Addresses of other counsel entitled to notice and names of parties they represent    **See Attached Certification**

## ORDER

**Following hearing, pursuant to Findings of Fact and Conclusions of Law stated from the bench and for reasons stated in open court, the motion of TCF National Bank Illinois for sanctions against Forrest L. Ingram and Julie A. Boynton under Rule 9011 is denied.**

ENTER:

_United States Bankruptcy Judge_

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the Court until motion has been called.

G:\Opinions and Orders\HannoJohn\MinuteOrder.05.wpd