## CERTIFICATION

I, Dorothy Clay certify that on December __7__, 2000, I caused to be mailed by United States first class mail a copy of the foregoing **ORDER** to the following:

Julie A. Boynton, Esq.
Forrest L. Ingram, P.C.
79 West Monroe Street
Suite 1210
Chicago, IL 60603
Counsel for Debtor

Bruce N. Menkes, Esq.
Kenneth R. Wysocki, Esq.
303 West Madison Street
Suite 1900
Chicago, IL 60606
Counsel for TCF Bank

_____Dorothy Clay_____
Secretary/Deputy Clerk